**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 15-cv-62390-BLOOM/Valle**

**UNION THEODORE BETHELL, V**,

      Plaintiff,

v.

**UNITED STATES OF AMERICA**,

      Defendant.

_____/

## AMENDED SCHEDULING ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. The Court entered a Scheduling Order on February 8, 2016, ECF No. [13] (the "Order"), setting forth the applicable deadlines for the course of the instant matter. Due to a scheduling conflict, it is hereby **ORDERED AND ADJUDGED** that the above-styled case is **RESET** for the Court's two-week trial calendar beginning on **November 28, 2016, at 9:00 a.m.** Calendar call will be held at **1:15 p.m. on Tuesday, November 22, 2016**. A pre-trial conference will be held at **9:00 a.m. on Monday, November 7, 2016**. All proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. It is **FURTHER ORDERED** that all deadlines set forth in the Court's February 8th Order, other than those superseded herein, shall remain firmly in place.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of February, 2016.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record